LAW OFFICES OF
**JOSEPH M. LOVRETOVICH**
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JS-6

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
CHRISTOPHER W. TAYLOR, STATE BAR NO. 236245
JOSEPH M. LEVY, STATE BAR NO. 230467

Attorneys for Plaintiff Ilse Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| ILSE KIM, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KOREAN AIRLINES CO., LTD, a corporation; MENZIES AVIATION, INC., d/b/a KOREAN AIR CARGO, a corporation; and DOES 1-100, inclusive<br><br>　　　　Defendants. | Case No. CV 11-3520-DMG (VBKx)<br><br>**ORDER DISMISSING ACTION [16]** |

///
///
///
///
///
///

1

**[PROPOSED] ORDER DISMISSING ACTION**

1   IT IS HEREBY ORDERED that the entire action shall be dismissed with prejudice
2 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear its own attorneys' fees and
3 costs.

5 DATED:  June 4, 2012

_____
Dolly M. Gee
United States District Judge

**[PROPOSED] ORDER DISMISSING ACTION**

Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800